RONALD A. VALENZUELA, SBN 210025
  rvalenzuela@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

RICHARD M. GOLDSTEIN**
  rgoldstein@proskauer.com
LAWRENCE I. WEINSTEIN*
  lweinstein@proskauer.com
BALDASSARE VINTI*
  bvinti@proskauer.com
Q. JENNIFER YANG*
  jyang@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:   (212) 969-2900
* *Pro Hac Vice* Admission Pending
** *Pro Hac Vice* Application to be Filed

Attorneys for Defendant Church & Dwight Co., Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRIC CLAIBORNE, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No. 3:17-cv-00746-L-JLB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date: July 17, 2017<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

Case No. 3:17-cv-00746-L-JLB

PLEASE TAKE NOTICE that Defendant Church & Dwight Co., Inc. ("Church & Dwight") hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing the Complaint filed by Plaintiff Kenric Claiborne with prejudice and without leave to amend. Please take notice that the motion has been scheduled for hearing on July 17, 2017, but, pursuant to the Local Rules, there will be no oral argument unless requested by the Court.

This motion is made on the grounds that, as is more fully set out in Defendant's accompanying Memorandum of Points and Authorities, (i) the Complaint fails to allege facts sufficient to state a claim upon which relief may be granted, (ii) Plaintiff has not adequately alleged an injury-in-fact, and (iii) Plaintiff does not have standing to seek injunctive relief.

This motion is based upon this Notice of Motion, the Motion to Dismiss Plaintiff's Class Action Complaint and Memorandum of Points and Authorities filed concurrently herewith, the Complaint, Rules 8(a), 9(b), 12(b)(1) and 12(b)(6), and upon such argument as the Court may allow and other matters as the Court deems proper.

DATED: June 15, 2017          PROSKAUER ROSE LLP


                              By:    s/ Ronald A. Valenzuela
                                     Ronald A. Valenzuela

                              Attorneys for Defendant
                              Church & Dwight Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I caused the foregoing document and its attachments to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List as follows:

Brian J. Robbins
Kevin A. Seely
Steven M. McKany
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: brobbins@robbinsarroyo.com; kseely@robbinsarroyo.com; smckany@robbinsarroyo.com
*Counsel for Plaintiff and Proposed Class Counsel*

Jack Fitzgerald
Melanie Rae Persinger
Trevor Flynn
THE LAW OFFICE OF JACK FITZGERALD
3636 Fourth Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 692-3840
Facsimile: (619) 362-9555
Email: jack@jackfitzgeraldlaw.com; melanie@jackfitzgeraldlaw.com; trevor@jackfitzgeraldlaw.com
*Counsel for Plaintiff and Proposed Class Counsel*

By:      s/ Ronald A. Valenzuela
        Ronald A. Valenzuela