**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY R. RIFKIN (246602)
STEVEN M. MCKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
arifkin@robbinsarroyo.com
smckany@robbinsarroyo.com

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRIC CLAIBORNE, on Behalf of Himself, All Others Similarly Situated, and the General Public<br><br>    Plaintiff,<br><br>        v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>        Defendant. | Case No. 17-cv-0746-L (JLB)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS**<br><br>Judge:      Hon. M. James Lorenz |

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT, plaintiff Kenric Claiborne hereby submits the

3  attached supplemental authority in opposition to defendant's motion to dismiss (Dkt. No. 15).

4  Attached as Exhibit A is an October 20, 2017 precedential Opinion in which the Ninth Circuit

5  held that "California consumers who can seek in California state court an order requiring the

6  manufacture of an allegedly falsely advertised product to case the false advertising may also

7  seek such an order in federal court." Exhibit A, *Davidson v. Kimberly-Clark Corp.*, No. 15-

8  16173, slip op. at 4 (9th Cir. Oct. 20, 2017).[1]

9

10  Dated: October 27, 2017           Respectfully submitted,

11                                     /s/ Jack Fitzgerald

12                                     **THE LAW OFFICE OF JACK FITZGERALD, PC**
13                                     JACK FITZGERALD
                                       *jack@jackfitzgeraldlaw.com*
14                                     TREVOR M. FLYNN
                                       *trevor@jackfitzgeraldlaw.com*
15                                     MELANIE PERSINGER
                                       *melanie@jackfitzgeraldlaw.com*
16                                     Hillcrest Professional Building
17                                     3636 Fourth Avenue, Suite 202
                                       San Diego, California 92103
18                                     Phone: (619) 692-3840
                                       Fax: (619) 362-9555
19
20                                     **ROBBINS ARROYO LLP**
21                                     BRIAN J. ROBBINS (190264)
                                       KEVIN A. SEELY (199982)
22                                     ASHLEY R. RIFKIN (246602)
                                       STEVEN M. MCKANY (271405)
23                                     600 B Street, Suite 1900
24                                     San Diego, CA 92101
                                       Telephone: (619) 525-3990
25                                     Facsimile: (619) 525-3991
26

27

28  [1] *Davidson v. Kimberly-Clark Corp.*, --- F.3d ----, 2017 WL 4700093 (9th Cir. Oct. 20, 2017).

1

E-mail: brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
arifkin@robbinsarroyo.com
smckany@robbinsarroyo.com

***Counsel for Plaintiff and the Proposed Class***

2