1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (SBN 190264)
2  brobbins@robbinsarroyo.com
3  KEVIN A. SEELY (SBN 199982)
   kseely@robbinsarroyo.com
4  ASHLEY R. RIFKIN (SBN 246602)
   arifkin@robbinsarroyo.com
5  STEVEN M. MCKANY (SBN 271405)
   smckany@robbinsarroyo.com
6  600 B Street, Suite 1900
7  San Diego, CA 92101
   Telephone: (619) 525-3990
8  Facsimile: (619) 525-3991

9  LAW OFFICE OF JACK FITZGERALD, PC
10 JACK FITZGERALD (SBN 257370)
   jack@jackfitzgeraldlaw.com
11 TREVOR M. FLYNN (SBN 253362)
   trevor@jackfitzgeraldlaw.com
12 MELANIE PERSINGER (SBN 275423)
   melanie@jackfitzgeraldlaw.com
13 Hillcrest Professional Building
14 3636 Fourth Avenue, Suite 202
   San Diego, CA 92103
15 Telephone: (619) 692-3840
   Facsimile: (619) 362-9555
16
   Attorneys for Plaintiff
17

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRIC CLAIBORNE, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No: 3:17-cv-00746-L-JLB<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge: Hon. M. James Lorenz<br>Ctrm.: 5B – 5th Floor<br>Action Filed: April 13, 2017 |

Case No. 3:17-cv-00746-L-JLB
JOINT MOTION TO DISMISS

Plaintiff Kenric Claiborne ("Plaintiff"), individually and on behalf of others similarly situated, and defendant Church & Dwight Co., Inc. ("Defendant," together with Plaintiff, the "Parties") jointly move the Court to dismiss the above-captioned action with prejudice as to Kenric Claiborne and without prejudice as to the putative Class. This joint motion is made with respect to the following:

1. The Parties have reached a resolution of this action.

2. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrong doing, have agreed to resolve this matter.

3. No class has been certified and the unnamed putative class members have not and are not releasing any claims, are not having their rights affected, and will suffer no prejudice as part of the terms under which this case is being dismissed.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice as to Plaintiff and without prejudice as to the putative Class.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice as to Plaintiff and without prejudice as to the putative Class.

Dated: May 4, 2018

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A SEELY
ASHLEY R. RIFKIN
STEVEN M. MCKANY

*s/ Steven M. McKany*
STEVEN M. MCKANY
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
       kseely@robbinsarroyo.com
       arifkin@robbinsarroyo.com

- 1 -   Case No. 3:17-cv-00746-L-JLB
JOINT MOTION TO DISMISS

| | |
|---|---|
| | smckany@robbinsarroyo.com |
| | LAW OFFICE OF JACK FITZGERALD, PC |
| | JACK FITZGERALD |
| | Hillcrest Professional Building |
| | 3636 Fourth Avenue, Suite 202 |
| | San Diego, CA 92103 |
| | Telephone: (619) 692-3840 |
| | Facsimile: (619) 362-9555 |
| | E-mail: jack@jackfitzgeraldlaw.com |
| | trevor@jackfitzgeraldlaw.com |
| | melanie@jackfitzgeraldlaw.com |
| | |
| | *Attorneys for Plaintiff* |
| | |
| Dated: May 4, 2018 | PROSKAUER ROSE LLP |
| | LAWRENCE I. WEINSTEIN |
| | BALDASSARE VINTI |
| | QUIAN JENNIFER YANG |
| | |
| | *s/ Badassare Vinti* |
| | BALDASSARE VINTI |
| | Eleven Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 969-3000 |
| | Facsimile: (212) 969-2900 |
| | E-mail: lweinstein@proskauer.com |
| | bvinti@proskauer.com |
| | jyang@proskauer.com |
| | |
| | PROSKAUER ROSE LLP |
| | RONALD A. VALENZUELA |
| | 2049 Century Park East, 32nd Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 557-2900 |
| | Facsimile: (310) 557-2193 |
| | E-mail: rvalenzuela@proskauer.com |
| | |
| | *Attorneys for Defendant* |

1261819

- 2 -   Case No. 3:17-cv-00746-L-JLB
JOINT MOTION TO DISMISS

## SIGNATURE CERTIFICATION

Pursuant to Section 2(4)(4) of Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Baldassare Vinti, counsel for Defendant Church & Dwight Co., Inc., and that I have obtained Mr. Vinti's authorization to affix his electronic signature to this document.

Dated:  May 4, 2018                    ROBBINS ARROYO LLP

*s/ Steven M. McKany*
STEVEN M. MCKANY
Attorneys for Plaintiff
E-mail: smckany@robbinsarroyo.com