1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRIC CLAIBORNE, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No: 3:17-cv-00746-L-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO KENRIC CLAIBORNE AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**[Doc. No. 42]**<br><br>Judge: Hon. M. James Lorenz<br>Ctrm.: 5B – 5th Floor<br>Action Filed: April 13, 2017 |

Case No. 3:17-cv-00746-L-JLB
ORDER GRANTING JOINT MOTION TO DISMISS

1 | Upon due consideration, and good cause appearing, the Court **GRANTS** the
2 | Parties' Joint Motion to dismiss the above-captioned action.  Accordingly, this
3 | action is **DISMISSED WITH PREJUDICE** as to the individual Plaintiff Kenric
4 | Claiborne and **DISMISSED WITHOUT PREJUDICE** as to the putative Class.
5 | The Clerk of Court is instructed to enter dismissal in accordance herewith and to
6 | terminate the case.
7 | **IT IS SO ORDERED**.
8 | Dated:  May 4, 2018

_____
Hon. M. James Lorenz
United States District Judge